

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-21-00336-CV

In re Greg **ABBOTT**, in his official capacity as Governor of The State of Texas

Original Proceeding[1]

PER CURIAM

Sitting:    Luz Elena Chapa, Justice
            Irene Rios, Justice
            Beth Watkins, Justice

Delivered and Filed: August 13, 2021

EMERGENCY MOTION FOR TEMPORARY RELIEF DENIED; PETITION FOR WRIT OF MANDAMUS DENIED

On August 12, 2021, relator Greg Abbott, in his official capacity as Governor of the State of Texas, filed a petition for a writ of mandamus and an emergency motion for temporary relief challenging a temporary restraining order signed by the trial court on August 10, 2021. After considering the petition and the motion, this court concludes relator is not entitled to the relief sought. Accordingly, the petition and the motion are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2021CI16133, styled *City of San Antonio and Bexar County v. Greg Abbott, in his official capacity as Governor of Texas*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.